FILED: November 27, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4705
(5:23-cr-00021-FL-RN-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

CARLOS ALSTON

      Defendant - Appellee

_____

O R D E R
_____

The court appoints the Federal Defender for the Eastern District of North Carolina to represent appellee in this case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk