# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 1, 2023

_____

## DOCKET CORRECTION NOTICE

_____

No. 23-4705,   <u>US v. Carlos Alston</u>
                5:23-cr-00021-FL-RN-1

TO:      United States of America

Please make the correction identified below

---

[X] Response brief and supplemental appendix were filed in incorrect case. Please correct as described and refile documents in **Case No. 23-4282.**

---

Emily Borneisen, Deputy Clerk
804-916-2704