# Attachment A

Relevant Pending Supreme Court Cases

1. *United States v. Rahimi* – Docket 22-915
2. *United States v. Daniels* – Docket 23-376

Relevant Pending Fourth Circuit Cases

1. *United States v. Shade* – Docket 22-4384
2. *United States v. Price* – Docket 22-4609