**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 27, 2023

_____

DOCKETING FORMS
FOLLOW-UP NOTICE

_____

No. 23-4705,  US v. Carlos Alston
5:23-cr-00021-FL-RN-1

TO:   Carlos Alston

REQUESTED FORM DUE:  January 2, 2024

The form identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

---

[ x ] Appearance of counsel [eFiler status required]

Anisha Walker, Deputy Clerk
804-916-2704