FILED: February 7, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4705
(5:23-cr-00021-FL-RN-1)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellant

v.

CARLOS ALSTON

  Defendant - Appellee

_____

O R D E R

_____

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the opening brief and joint appendix shall be disfavored. The briefing schedule is extended as follows:

 Joint appendix due: 02/28/2024

 Opening brief due: 02/28/2024

 Response brief due: 03/20/2024

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk