# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 7, 2024

_____

RULE 45 NOTICE-BRIEF/JOINT APPENDIX

_____

No. 23-4705,    <u>US v. Carlos Alston</u>
               5:23-cr-00021-FL-RN-1

TO:     United States of America

**BRIEFING DOCUMENT DUE:** 03/22/2024

The court has not received the briefing documents identified below, which are now overdue under this court's briefing order. Please take notice that the court may dismiss this case for failure to prosecute pursuant to [Local Rule 45](#) unless the documents and a motion to extend filing time are received in the clerk's office, or the default is otherwise remedied, within 15 days of the date of this notice. The deadlines for any subsequent briefs may be extended after filing of the past-due brief.

[ x ] Opening brief and Joint appendix

Anisha Walker, Deputy Clerk
804-916-2704