FILED:  March 8, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 23-4705
(5:23-cr-00021-FL-RN-1)

———————————

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

CARLOS ALSTON

Defendant - Appellee

———————————

O R D E R

———————————

The court grants the motion to file the opening brief and joint appendix out of time. The court extends the briefing schedule as follows:

Response brief due: 03/28/2024

Any reply brief: 10 days from service of response brief

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk