# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 8, 2024

_____

## DOCKET CORRECTION NOTICE

_____

No. 23-4705,    <u>US v. Carlos Alston</u>
                5:23-cr-00021-FL-RN-1

TO:     United States of America

BRIEF OR JOINT APPENDIX CORRECTION DUE:  March 13, 2024

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

[X] <u>See Checklist</u>: Please make corrections identified on attached checklist.

| APPENDIX FORMAT INSUFFICIENT BECAUSE (FRAP 32): |
|---|
| ☐ Improper color cover, cover should be white<br>Cover does not contain:<br>  ☐ Fourth Circuit Docket Number, centered at top (do not include district or agency docket number)<br>  ☐ Heading: United States Court of Appeals for the Fourth Circuit<br>  ☐ Title of Case (parties' names)<br>  ☐ Nature of Proceeding and Court Below: Appeal from the U.S. District Court for the District of . . .<br>  ☐ Title of Document: Joint Appendix<br>  ☐ Names, Addresses, Phone Numbers of Counsel <u>on both sides of case</u> |
| ☐ Binding not secure down left side of document |
| ☐ Appendix does not lie reasonably flat when open |
| ☐ Appendix contains condensed transcript |
| ☐ Appendix does not have page numbers |
| ✔ Appendix is not in chronological order |
| ☐ No joint appendix (this appeal requires a joint appendix) |
| ☐ Additional copies required *(Loc. R. 30(b)* ) (     ) |
| ☐ Each electronic volume of appendix must correspond to each paper volume (size permitting) |
| ☐ Appendix volume exceeds 1 1/2 " or 700 pages |

[X] Bates page numbering was not correctly applied to the joint appendix. Please refer to **Appendix Pagination & Brief Citation Guide** for guidance.

Emily Borneisen, Deputy Clerk
804-916-2704