FILED: May 1, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4705
(5:23-cr-00021-FL-RN-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

CARLOS ALSTON

    Defendant - Appellee

_____

O R D E R
_____

Upon consideration of appellee's unopposed motion for abeyance, the court grants the motion and places this case in abeyance pending a decision by the United States Supreme Court in *United States v. Rahimi*, No. 22-915.

For the Court

/s/ Nwamaka Anowi, Clerk