FILED: June 21, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4705
(5:23-cr-00021-FL-RN-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

CARLOS ALSTON

      Defendant - Appellee

_____

O R D E R
_____

The court resumes briefing as follows:

Response brief due: 07/12/2024

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk