FILED: August 28, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4705
(5:23-cr-00021-FL-RN-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

CARLOS ALSTON

    Defendant - Appellee

_____

O R D E R
_____

Upon consideration of appellee's motion to expedite oral argument and decision, the court grants the motion to expedite oral argument and denies the motion to expedite the decision. The case shall be scheduled at the next available session.

For the Court

/s/ Nwamaka Anowi, Clerk