UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4705
(5:23-cr-00021-FL-RN-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

CARLOS ALSTON

    Defendant - Appellee

_____

O R D E R
_____

This case is currently calendared for December 12, 2025.

At the direction of the court, the case is removed from the argument calendar and placed in abeyance pending a decision by the United States Supreme Court in *United States v. Hemani*, No. 24-1234, 2025 WL 2949569 (U.S. Oct. 20, 2025).

    For the Court

    /s/ Nwamaka Anowi, Clerk