# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 23-4705

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Motion to Dismiss** |
| **CARLOS ALSTON** | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, moves the Court to dismiss the pending appeal and remand the case to the district court for further proceedings, pursuant to Rule 42(b)(2) of the Federal Rules of Appellate Procedure. In support of this motion, the government shows unto the Court the following:

1. The government pursued this appeal after the district court dismissed one of two pending indictment counts against Defendant, ruling that 18 U.S.C. § 922(g)(3) was unconstitutional in the wake of *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022). Docket Entry "DE" 26.

2. After briefing was complete but before argument, this Court held the case "in abeyance pending a decision by the United States Supreme

Court in *United States v. Hemani*, No. 24-1234, 2025 WL 2949569 (U.S. Oct. 20, 2025)." DE 73.

3. On June 18, 2026, the Supreme Court issued its decision in *Hemani*. 146 S.Ct. 1677 (2026). In light of that decision, the government seeks dismissal of the appeal in this matter.

4. Defense counsel does not oppose the requested dismissal.

WHEREFORE, the government respectfully requests this Court dismiss the pending appeal and remand the case to the district court for further proceedings on the remaining charge of the indictment.

Respectfully submitted this 9th day of July, 2026.

W. ELLIS BOYLE
*United States Attorney*

*/s/ Sarah E. Nokes*
SARAH E. NOKES
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
Telephone: (919) 856-4138

Counsel for Appellee United States

<u>CERTIFICATE OF COMPLIANCE</u>

1.  Pursuant to Rule 32(g) of the Federal Rules of Appellate Procedure, I hereby certify that this document meets the type-volume limits of Rules 27(d) and/or 40(b) because, exclusive of the portions of the document exempted by Rule 32(f), this document contains <u>o</u> words.

    (Filings are not to exceed 5,200 words for a motion or response and 2,600 words for a reply, pursuant to Rule 27(d), or 3,900 words for a petition for panel rehearing or rehearing en banc, pursuant to Rules 35(b)(2) and/or 40(b)).

2.  Further, this document complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in Microsoft Word 365 using fourteen-point Calisto MT typeface.

*/s/ Sarah E. Nokes*
SARAH E. NOKES
*Assistant United States Attorney*
