**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 9, 2026

_____

RESPONSE REQUESTED

_____

No. 23-4705,   <u>US v. Carlos Alston</u>
                5:23-cr-00021-FL-RN-1

TO:    Carlos  Alston

RESPONSE DUE: 07/20/2026

Response is required to the motion to dismiss appeal and to remand case on or before 07/20/2026.

R. Phillips, Deputy Clerk
804-916-2702